In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-21-00023-CV

ROBIN ROUSE, SABRINA ROUSE, AND NEIL CAMPBELL, ET AL,
Appellants

V.

THOMAS CAMPBELL, FOSTER MANAGEMENT, LLC, FOSTER
TIMBER, LTD., AND CHRISTY W. KOLVA, Appellees

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-15871-CV**

**MEMORANDUM OPINION**

Appellant Neil Campbell filed a motion to dismiss his appeal. The motion appears to be voluntarily made by Campbell, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion to dismiss and dismiss the appeal of Neil Campbell. The appeal shall continue as to the remaining appellants under the same appellate cause number and shall hereafter be styled

*"Robin Rouse and Sabrina Rouse v. Thomas Campbell, Foster Management, LLC,*

*Foster Timber, LTD., and Christy W. Kolva*."

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted July 14, 2021
Opinion Delivered July 15, 2021

Before Golemon, C.J., Horton and Johnson, JJ.